**Harry Steven RAY, Plaintiff–Appellant**

v.

**COMPASS BANK, Defendant–Appellee.**

**No. 07–10642.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2007.

W.D. Masterson, John Henry Crouch, IV, Kilgore & Kilgore, Dallas, TX, for Plaintiff–Appellant.

Bruce Allan Griggs, Ogletree, Deakins, Nash, Smoak & Stewart, Austin, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

The court has carefully reviewed this appeal in light of the briefs, pertinent portions of the record, and governing law. Having done so, we find no genuine issues of material fact that (1) Compass afforded the appellant all the benefits he was entitled to for FMLA leave; and (2) the decision to terminate Ray, having been made before he requested FMLA leave, could not have been a discriminatory response to that request. The careful analysis of the district court contains no reversible error of law or fact.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.